# EXHIBIT A

# *-APPLICATION-*

## Title

**Title of Work:** Divine Vastu Amended TV Ad 6-18-2014

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** AAA Media and Marketing
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Rewa Kumar

1301 Striper Common, Fremont, CA, 94536, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Dhillon Law Group Inc.

**Address:** 177 Post Street

Suite 700

San Francisco, CA 94108  United States

## Certification

**Name:** Krista L. Baughman

**Date:** October 6, 2014

Page 1 of 1

**Registration #:**

**Service Request #:** 1-1803876759

**Priority:** Routine      **Application Date:** October 6, 2014 09:33:12 PM

## Correspondent ───────────────────────────────────────

**Organization Name:** Dhillon Law Group Inc.

**Name:** Krista L. Baughman

**Email:** kbaughman@dhillonlaw.com

**Address:** 177 Post Street
Suite 700
San Francisco, CA 94108 United States

## Mail Certificate ───────────────────────────────────────

Dhillon Law Group Inc.
Krista L. Baughman
177 Post Street
Suite 700
San Francisco, CA 94108  United States

# *-APPLICATION-*

## Title

**Title of Work:** Rewa Kumar Headshot Photograph

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** AAA Media and Marketing
- **Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Rewa Kumar

1301 Striper Common, Fremont, CA, 94536, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Dhillon Law Group Inc.

**Address:** 177 Post Street

Suite 700

San Francisco, CA 94108  United States

## Certification

**Name:** Krista L. Baughman

**Date:** October 6, 2014

**Registration #:**
**Service Request #:** 1-1803876835

**Priority:** Routine                **Application Date:** October 6, 2014 09:33:22 PM

## Correspondent  _____

**Organization Name:** Dhillon Law Group Inc.
**Name:** Krista L. Baughman
**Email:** kbaughman@dhillonlaw.com                **Telephone:** 415-433-1700
**Address:** 177 Post Street
Suite 700
San Francisco, CA 94108 United States

## Mail Certificate  _____

Dhillon Law Group Inc.
Krista L. Baughman
177 Post Street
Suite 700
San Francisco, CA 94108  United States

# *-APPLICATION-*

## Title
**Title of Work:** Rewa Kumar Divine Vastu Specialist TV Ad

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** AAA Media and Marketing
- **Author Created:** entire motion picture

**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Rewa Kumar
1301 Striper Common, Fremont, CA, 94536, United States

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Dhillon Law Group Inc.
**Address:** 177 Post Street
Suite 700
San Francisco, CA 94108 United States

## Certification
**Name:** Krista L. Baughman
**Date:** October 6, 2014

**Registration #:**
**Service Request #:** 1-1803876911

**Priority:** Routine   **Application Date:** October 6, 2014 09:33:33 PM

## Correspondent  _____

**Organization Name:** Dhillon Law Group Inc.

**Name:** Krista L. Baughman

**Email:** kbaughman@dhillonlaw.com   **Telephone:** 415-433-1700

**Address:** 177 Post Street
Suite 700
San Francisco, CA 94108 United States

## Mail Certificate  _____

Dhillon Law Group Inc.
Krista L. Baughman
177 Post Street
Suite 700
San Francisco, CA 94108  United States