# EXHIBIT A

# COPYRIGHT ASSIGNMENT AGREEMENT

This Copyright Assignment Agreement ("Agreement") is entered into as of October 6, 2014, by and between Dr. Rema Kumar and AAA Media and Marketing (collectively referred to as the "Parties").

**WHEREAS**, in 2013 and 2014, Dr. Kumar commissioned AAA Media and Marketing to take photographs and video footage of her, for use in promoting and marketing her business.

**WHEREAS,** in July, 2013 and May, 2014, and pursuant to the commission, AAA Media and Marketing took still photographs and video footage of Dr. Kumar, which are collectively referred to herein as "Divine Vastu Commercial 1 & 2" or the "Work."

**WHEREAS,** the Parties have previously reached an oral agreement that Dr. Kumar owns all rights in and title to the Divine Vastu Commercial 1 & 2, including all copyrights in those materials.

**NOW, THEREFORE,** for good and valuable consideration, the receipt and sufficiency of which are acknowledged, the Parties agree as follows:

1. The Parties agree that all rights under the U.S. copyright law, 17 United States Code, shall be transferred from AAA Media and Marketing, as the author of the Work, to Dr. Kumar. The Parties agree that Dr. Kumar shall own the copyright in all of the authorship covered by this regulation.

2. AAA Media and Marketing hereby assigns and transfers to Dr. Kumar all rights, title and interest worldwide in and to the Work. AAA Media and Marketing expressly acknowledges that Dr. Kumar shall have rights of ownership in and to the Work. AAA Media and Marketing further assigns to Dr. Kumar all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works.

3. Dr. Kumar agrees that AAA Media and Marketing shall have a non-exclusive license to use the Work for AAA Media and Marketing's own promotional purposes.

1

4. This Agreement shall be binding, valid and enforceable against, and the benefits thereof shall inure to the Parties' successors, licensees, assigns, and parties in privity with them.

5. This Agreement constitutes the entire agreement among the Parties with respect to the subject matter hereof and supersedes and replaces any and all contemporaneous or prior agreements or understandings, whether written or oral, with respect to the subject matter hereof. Each Party expressly acknowledges that, in making this Agreement, it has not relied upon any statement or representation made by another that is not set forth herein.

6. This Agreement may be executed in any number of counterparts and by each Party on separate counterparts, each of which when so executed and delivered to the other shall be deemed an original and all of which taken together shall constitute one and the same instrument. The Parties may initially exchange counterparts by facsimile transmission or images sent by e-mail (such as a PDF scanned file), with original counterparts to be exchanged promptly thereafter in "hard" copy.

**SIGNATURES**

_____            Dated: October ___, 2014
AAA Media and Marketing


_____            Dated: October ___, 2014
Dr. Rewa Kumar

2

privity with them.

5. This Agreement constitutes the entire agreement among the Parties with respect to the subject matter hereof and supersedes and replaces any and all contemporaneous or prior agreements or understandings, whether written or oral, with respect to the subject matter hereof. Each Party expressly acknowledges that, in making this Agreement, it has not relied upon any statement or representation made by another that is not set forth herein.

6. This Agreement may be executed in any number of counterparts and by each Party on separate counterparts, each of which when so executed and delivered to the other shall be deemed an original and all of which taken together shall constitute one and the same instrument. The Parties may initially exchange counterparts by facsimile transmission or images sent by e-mail (such as a PDF scanned file), with original counterparts to be exchanged promptly thereafter in "hard" copy.

**SIGNATURES**

_____          Dated: October _6_, 2014
AAA Media and Marketing


_____          Dated: October _6_, 2014
Dr. Rewa Kumar