IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR. REWA KUMAR,

    Plaintiff,

  v.

DOE 1, an unknown individual, and DOES 2 through 10,

    Defendants.

No. C 14-04573 WHA

**ORDER RE PENDING** *EX PARTE* **MOTIONS**

On October 14, plaintiff commenced this action alleging copyright infringement and defamation against Doe 1 and Does 2 through 10. Plaintiff also filed an *ex parte* application for leave to take limited discovery from Google, Inc. (on behalf of YouTube.com), IAC/Interactive Corp. (on behalf of Vimeo.com), and Cloudflare Inc. (on behalf of DiggVideo.com), seeking production of documents to "obtain the identity of the Doe Defendant responsible for posting" the alleged content. Plaintiff also filed an *ex parte* application for a temporary restraining order and order to show cause. Plaintiff seeks to "enjoin the offending conduct until [plaintiff's] claims can be decided on their merits." The action was then reassigned to the undersigned judge.

Plaintiff's *ex parte* motion for leave to take limited discovery is hereby **GRANTED**. Plaintiff has until **OCTOBER 17, 2014**, to serve this order and proper subpoenas on Google, IAC/Interactive Corp., and/or Cloudflare regarding the identity of the Doe defendant(s). The subjects of the subpoenas have until **OCTOBER 29 AT 3:00 P.M.** to file a motion to quash and/or respond to the subpoena. Plaintiff shall take all reasonable efforts to promptly serve the complaint and pending motions on defendants. A hearing on the *ex parte* application for a temporary restraining order is hereby set for **OCTOBER 30 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: October 14, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE